**J. F. REICH, Doing Business as Automotive Products Company, Appellant, v. CHAMPION SPARK PLUG COMPANY.**

No. 11912.

Circuit Court of Appeals, Eighth Circuit.

Feb. 24, 1941.

Charles H. Thompson, Donald W. Johnson, and Charles V. Garnett, all of Kansas City, Mo., for appellant.

Wilber Owen and Carl F. Schaffer, both of Toledo, Ohio, and Arthur C. Brown, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 34 F.Supp. 414, dismissed at costs of appellant, on motion of appellee.

**Harry M. RUNKLE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8395.

Circuit Court of Appeals, Sixth Circuit.

Jan. 10, 1941.

Arnold, Wright, Purpus & Harlor, of Columbus, Ohio, for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, and Irving M. Tullar, all of Washington, D. C., for respondent.

PER CURIAM.

The parties hereto, through their respective counsel of record, having agreed to a compromise and settlement of the appeal taken herein, the terms of such compromise being set forth in the attached copy of the stipulation for remand with directions pursuant to agreement of parties, it is ordered that this cause, 39 B.T.A. 458, be and it hereby is remanded to the Board of Tax Appeals with directions to modify its decision and to enter an order in accordance with the parties' agreement in compromise providing that Harry M. Runkle has overpaid his income tax for the year 1931 in the sum of $10,644.30, and has overpaid interest (assessed and/or accrued) in connection therewith in the sum of $5,405.18, and that said amounts were paid after the mailing of the notice of deficiency and Harry M. Runkle is now entitled to the refund thereof, together with interest on said amounts as provided by law.

**SAGINAW TIMBER COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9740.

Circuit Court of Appeals, Ninth Circuit.

Feb. 10, 1941.

J. E. Stewart, of Aberdeen, Wash., for petitioner.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., of Washington, D. C., for respondent.

Before WILBUR, GARRECHT and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of respondent, and consent thereto of counsel for petitioner, ordered petition to review herein dismissed for failure of petitioner to file record and docket cause; that a judgment be filed and entered accordingly, and that mandate of this court in this cause issue forthwith.

**UNITED STATES of America, Appellant, v. R. H. HANSON.**

No. 11885.

Circuit Court of Appeals, Eighth Circuit.

Feb. 24, 1941.

Clinton R. Barry, U. S. Atty., and John E. Harris, Asst. U. S. Atty., both of Fort Smith, Ark., for appellant.

Will Steel, of Texarkana, Ark., and Searcy & Searcy, of Lewisville, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. R. H. HANSON.**

No. 11886.

Circuit Court of Appeals, Eighth Circuit.

Feb. 24, 1941.

· Clinton R. Barry, U. S. Atty., and John E. Harris, Asst. U. S. Atty., both of Fort Smith, Ark., for appellant.

Will Steel, of Texarkana, Ark., and Searcy & Searcy, of Lewisville, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. R. H. HANSON.**

No. 1187.

Circuit Court of Appeals, Eighth Circuit.

Feb. 24, 1941.

Clinton R. Barry, U. S. Atty., and John E. Harris, Asst. U. S. Atty., both of Fort Smith, Ark., for appellant.

Will Steel, of Texarkana, Ark., and Searcy & Searcy, of Lewisville, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

**UNITED STATES of America v. Roy Mc-MASTER, Receiver of Valley Dairy Co., Inc., Debtor.**

No. 9762.

Circuit Court of Appeals, Ninth Circuit.

Feb. 26, 1941.

Wm. Fleet Palmer, U. S. Atty., and E. H. Mitchell, Asst. U. S. Atty., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, all of Los Angeles, Cal., for appellant.

Walter G. Danielson, of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and mandate of this court in this cause issued forthwith.

**UNITED STATES of America, Appellant, v. Arthur L. WILLIAMS.**

No. 11949.

Circuit Court of Appeals, Eighth Circuit.

Feb. 25, 1941.

Sam Rorex, U. S. Atty., and J. E. Lightle, Jr., Asst. U. S. Atty., both of Little Rock, Ark., and Charles L. Chalender, of Kansas City, Mo., Atty., Department of Justice, for appellant.

E. B. Dillon and John L. Sullivan, both of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs in favor of either of parties in this Court, on motion of appellant and stipulation of parties.